# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

We the People

– Against –

Lawrence E. Kahn

Law Case No. 1776-1789-1791-2019
Case Filing No. 1:16-CV-1490

---

## GRAND JURY INDICTMENT FOR CONCEALMENT

---

**Filed via Certified mail September 9th, 2019**

Prepared by:
Grand Jury Foreman
𝕌𝕟𝕚𝕗𝕚𝕖𝕕 𝕌𝕟𝕚𝕥𝕖𝕕 𝕊𝕥𝕒𝕥𝕖𝕤 𝕮𝕠𝕞𝕞𝕠𝕟 𝕃𝕒𝕨 𝕲𝕣𝕒𝕟𝕕 𝕁𝕦𝕣𝕪
P.O. Box 59
Valhalla, NY 10595
Fax: (888) 891-8977

Received SEP 16 2019 — Clerk, U.S. District Court, [illegible], A.K.


RECEIVED
SEP 16 2019
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK
• 445 Broadway, Albany, NY. 12207-2936 •

**Unified United States Common Law Grand Jury;**　　　　Sureties of the Peace
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

Common Law Grand Jury
　　We the People

　– Against –

Lawrence E. Kahn
　　Defendants

**JURISDICTION:** Court of Record[1]
Law Case No. 1776-1789-1791-2019
Case Filing No. 1:16-CV-1490

**COMMON LAW INDICTMENT**
Date Filed: September 9, 2019

Copied: President Trump, AG William Barr

**CLERK IS DIRECTED TO FILE** Pursuant to 18 U.S.C.§2076 which states: *"Whoever, being a clerk willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both;"* And 18 USC §2071(b) *Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals,* [includes enquires] *removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States concealment or removal under the direction of a judge is conspiracy.* And Clerk is to return, in the self-addressed stamped envelope, a copy of this timestamped title page.

Judge Lawrence E. Kahn is in bad behavior and has lost all standing because of a seven count indictment filed on July 17, 2017. Count 1 – <u>Concealment</u>, Count 2 – <u>Felony Rescue</u>, Count 3 – <u>Trespassed upon the case</u>, Count 4 – <u>Denial of Due Process</u>, Count 5 – <u>Acted under color of law</u>[2] in an attempt to seize control of this court, Count 6 – <u>Manufacturing an unlawful order</u> and, Count 7 – <u>Aiding and abetting</u>. See court filed copy or at https://www.nationallibertyalliance.org/action-against-judiciary

---

[1] **"A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.
[2] **COLOR OF LAW** "The appearance or semblance, without the substance, of legal right." - **State v. Brechler, 185 Wis. 599, 202 N.W. 144, 148**; "Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state, is action taken under "color of state law." - **Atkins v. Lanning, 415 F. Supp. 186, 188.**

On August 19, 2019, Judge Lawrence E. Kahn, in violation of 18 U.S.C.§1512(1)(b), directed the Common Law Grand Jury to pick up their Common Law submissions within 30 days and ordered the Clerk of the Court to dispose of [*destroy or mutilate*] said submissions after 30 days in violation of 18 U.S.C.§1519.

> **18 U.S.C.§1519**: *if the Clerk [upon their own or under direction] alters, destroys, mutilates, conceals, covers up, falsifies, or makes a false entry in any record, document, or tangible object shall be fined under this title, imprisoned not more than 20 years, or both;*
> **18 U.S.C.§1512(1)(b)**: *Whoever intimidates, threatens, or corruptly persuades another person [Clerk] to alter, destroy, mutilate, or conceal an object; ... shall be fined under this title or imprisoned not more than 20 years, or both;*

It is hereby noted that the Common Law Grand Jury has stated multiple times that this is a "Natural Law Court." Judge Lawrence E. Kahn has NO JURISDICTION upon this Natural Law Court, but Judge Lawrence E. Kahn continues to trespass upon the case, thereby upsetting the decorum of this Natural Law action in an attempt to conceal, remove, or mutilate evidence, and silence the People, in an effort to obstructs this "official Natural Law proceeding" in violation of 18 U.S.C.§1512(b) and 18 U.S.C. §2071(a).

> **18 U.S.C.§1512(b)**: *Whoever obstructs or impedes any official proceeding shall be fined under this title or imprisoned not more than 20 years, or both;*
>
> **18 U.S.C§2071(a)** *Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both;*

The following is a recap of Judge Lawrence E. Kahn's offenses.

- On June 14, 2017, Judge Lawrence E. Kahn trespassed upon the case where he had no jurisdiction and unlawfully dismissed the Peoples' Common Law proceeding without prejudice claiming that it appears that the Common Law Grand Jury is an organization composed of thousands of members across the United States proceeding without a lawyer, when in fact we are the Common Law Grand Jury proceeding as the tribunal in Law and not equity.
- On July 17, 2017, Judge Lawrence E. Kahn again, trespassed again upon the case where he had no jurisdiction unlawfully dismissing the action at Law with prejudice and directed Clerk of the Court to close the case.
- On July 17, 2017, the Common Law Grand Jury indicted Judge Lawrence E. Kahn on the following seven counts. (1) Concealment, (2) Felony Rescue, (3) Trespassed upon the case, (4) Denial of due process, (5) Acted under Color of Law in an attempt to seize control of this court, (6) Manufacturing an Unlawful Order, and (7) Aiding and Abetting.
- On August 17, 2017,
  - ➢ Judge Lawrence E. Kahn acting as King Kahn trespassed upon the case where he had no jurisdiction by unlawfully ordering a writ of mandamus to be stricken from the record.

- ➢ Judge Lawrence E. Kahn trespassed upon the case where he had no jurisdiction by unlawfully ordering that the Common Law Grand Jury not file any additional papers without prior permission from Judge Lawrence E. Kahn, as if we are his subjects.
- ➢ Judge Lawrence E. Kahn trespassed upon the case where he had no jurisdiction by unlawfully barring the Common Law Grand Jury from making further submissions in this action without prior written approval, as if we are his subjects.
- ➢ Judge Lawrence E. Kahn trespassed upon the case where he had no jurisdiction by unlawfully threatening the Common Law Grand Jury that additional filings in this action without permission from the Chief Judge may result in an order enjoining the Common Law Grand Jury from all future filings in this District, as if we are his subjects.
- ➢ Judge Lawrence E. Kahn trespassed upon the case where he had no jurisdiction by unlawfully directing the Clerk to unlawfully remove and return evidence (DVD-R Disc and orders to show cause) to the Common Law Grand Jury.
- On August 19, 2019, Judge Lawrence E. Kahn documented his intent, in an order, to commit a felony and his plan to intimidate Clerk of the Court John M Domurad to participate in said felony by participating in treason against the People. Should Clerk of the Court John M Domurad decide to participate in this obstruction of Justice, that would constitute a "conspiracy" to commit treason against the People and obstruction of Law.

Therefore, the Common Law Grand Jury being the Sureties of the Peace hereinafter the People, further charge Judge Lawrence E. Kahn with Treason, obstruction of Justice for violating 18 U.S.C.§1001, and for impeding an official proceeding in violation of 18 U.S.C.§1512(b).

**A TRUE BILL**

September 9, 2019

*[signature]*

Grand Jury Foreman

*[Seal: UNIFIED UNITED STATES · LEX NATURALIS · 1215 AD · DEI GRATIA · GRAND JURY SEAL]*

UUS Common Law Grand Jury

P.O. Box 59

Valhalla, NY 10595

SALT LAKE CITY UT 840

12 SEP 2019 PM 2 L



Chief Judge

United States District Court

for the District of Alaska

222 W. Seventh Avenue

Anchorage, AK 99513-9513